UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON ROOD, | No. 2:19-cv-1806 AC P |
| Plaintiff, | |
| v. | ORDER |
| LOCKWOOD, et al., | |
| Defendants. | |

Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff has not filed a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint, see 28 U.S.C. § 1915(a)(2), and he will be provided the opportunity to submit the required certified copy of his trust account statement. The court notes that plaintiff's request to proceed in forma pauperis states that staff at the county jail refused to provide him a copy of his trust account statement without a subpoena. ECF No. 2 at 2. Plaintiff is advised that if staff at the Shasta County Jail continue to refuse to provide him with a certified trust account statement, he should show them a copy of this order to show that the statement is necessary for his pending case.

////

////

1

In accordance with the above, IT IS HEREBY ORDERED that within thirty days of the service of this order, plaintiff shall submit a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint. Failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: September 16, 2019

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE