UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON ROOD, | No. 2:19-cv-1806 AC P |
| Plaintiff, | |
| v. | ORDER |
| LOCKWOOD, et al., | |
| Defendants. | |

By order filed September 17, 2019, the court ordered plaintiff to submit a certified copy of his inmate trust account statement within thirty days. ECF No. 4. In directing plaintiff to produce his trust account statement, the court acknowledged that his request to proceed in forma pauperis stated that staff at the county jail had refused to provide him a copy of his trust account statement without a subpoena. ECF No. 4 at 1 (citing ECF No. 2 at 2). The court advised that if staff at the Shasta County Jail continued to refuse to provide him with a certified trust account statement, he should show them a copy of the order to show that the statement was necessary for his pending case. Id. Plaintiff has responded by stating that since receiving the order he has tried on several occasions to obtain a certified trust account statement and showed prison staff the September 17, 2019 order but that they have continued to refuse to provide the required documentation and are now refusing to provide him with a legal kit. ECF No. 7 at 1-2. He requests that the court either refer to another case where he was granted in forma pauperis status

1

or order the officer in charge of suppling certified copies, Debbie Owens, to provide the statement. Id. at 2. The request will be construed as a request for an extension of time and plaintiff will be given an additional thirty days to file a certified trust account statement. Additionally, the Clerk of the Court will be directed to send a courtesy copy of this order to Debbie Owens, who plaintiff states is responsible for processing his requests for the necessary paperwork.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days of the service of this order, plaintiff shall file a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint.

2. The Clerk of the Court shall serve a courtesy copy of this order on Debbie Owens at the Shasta County Jail at 1655 West Street Redding, California 96001.

DATED: November 25, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE