1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   COLTON JAMES ROOD,                          No.  2:19-cv-1806 KJM AC P

12                    Plaintiff,

13          v.                                    ORDER AND FINDINGS AND
                                                  RECOMMENDATIONS
14   LOCKWOOD, et al.,

15                    Defendants.

16

17          Plaintiff is a former county and current state prisoner proceeding pro se with a civil rights

18   action pursuant to 42 U.S.C. § 1983.  On May 13, 2021, the court screened the complaint and

19   found that plaintiff's allegations against defendants Lockwood, Clark, and Van Gerwen stated

20   claims for relief while his claims against defendant Shasta County Jail Hiring Authority were

21   insufficient.  ECF No. 13.  Plaintiff was given the option of amending the complaint or

22   proceeding immediately on his claims against defendants Lockwood, Clark, and Van Gerwen.  Id.

23   at 8.  He was further advised that if he failed to notify the court how he wanted to proceed, the

24   court would assume that he was choosing to proceed on the complaint as screened and would

25   recommend dismissal without prejudice of the claims against the Shasta County Jail Hiring

26   Authority.  Id.  The time for plaintiff to notify the court as to how he wishes to proceed has now

27   passed, and plaintiff has not made an express election or otherwise responded to the order.

28   ////

1    Accordingly, **IT IS HEREBY ORDERED** that:

2        1.  In accordance with Section IV of the May 13, 2021 screening order (ECF No. 13),

3    service is appropriate for defendants Lockwood, Clark, and Van Gerwen.

4        2.  The Clerk of the Court shall send plaintiff three USM-285 forms, one summons, an

5    instruction sheet, and a copy of the complaint filed September 11, 2019 (ECF No. 1).

6        3.  Within thirty days from the date of this order, plaintiff shall complete the attached

7    Notice of Submission of Documents and submit the following documents to the court:

8            a.  The completed Notice of Submission of Documents;

9            b.  One completed summons;

10           c.  One completed USM-285 form for each of the following defendants:

11   Lockwood, Clark, and Van Gerwen; and

12           d.  Four copies of the endorsed complaint filed September 11, 2019.

13       4.  Plaintiff need not attempt service on defendants and need not request waiver of

14   service.  Upon receipt of the above-described documents, the court will direct the United States

15   Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

16   without payment of costs.

17       **IT IS FURTHER RECOMMENDED** that for the reasons set forth in Section V of the

18   May 13, 2021 Screening Order, ECF No. 13 at 5, the claims against defendant Shasta County Jail

19   Hiring Authority be dismissed without prejudice.

20       These findings and recommendations are submitted to the United States District Judge

21   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days

22   after being served with these findings and recommendations, plaintiff may file written objections

23   with the court.  Such a document should be captioned "Objections to Magistrate Judges Findings

24   and Recommendations."  Plaintiff is advised that failure to file objections within the specified

25   ////

26   ////

27   ////

28   ////

2

1    time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153

2    (9th Cir. 1991).

3    DATED: June 15, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3

1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

11 | COLTON JAMES ROOD,                           No.  2:19-cv-1806 KJM AC P

12 |            Plaintiff,

13 |       v.                                      NOTICE OF SUBMISSION OF
                                                   DOCUMENTS
14 | LOCKWOOD, et al.,

15 |            Defendants.

16

17          Plaintiff submits the following documents in compliance with the court's order filed

18 | _____:

19          _____1_____          completed summons form

20          _____3_____          completed forms USM-285

21          _____4_____          copies of the complaint

22

23 | DATED:

24

25                                               _____
                                                 Plaintiff
26

27

28

1