1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    COLTON JAMES ROOD,                         No.  2:19-cv-1806 KJM AC P

12                 Plaintiff,

13         v.                                     ORDER

14    LOCKWOOD, et al.,

15                 Defendants.

16

17         Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42

18    U.S.C. § 1983.  On June 16, 2021, the undersigned filed findings and recommendations that

19    recommended that the claims against defendant Shasta County Jail Hiring Authority be dismissed

20    without prejudice.  ECF No. 18.  Plaintiff has now filed a notice advising that he would like to

21    proceed on the complaint as screened and acknowledging that by proceeding without amending

22    the complaint he is voluntarily dismissing the claims against defendant Shasta County Jail Hiring

23    Authority.  ECF No. 19.

24         Accordingly, IT IS HEREBY ORDERED that:

25         1.  The June 16, 2021 Findings and Recommendations recommending the dismissal of the

26    claims against defendant Shasta County Jail Hiring Authority, ECF No. 18, are VACATED.

27    ////

28    ////

                                              1

1        2. The claims against defendant Shasta County Jail Hiring Authority are voluntarily

2    DISMISSED without prejudice.  ECF No. 19.

3    DATED: June 28. 2021

4    _____
     ALLISON CLAIRE

5    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28