1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   COLTON JAMES ROOD,                          No.  2:19-cv-1806 KJM AC P

12              Plaintiff,

13        v.                                      ORDER

14   LOCKWOOD, et al.,

15              Defendants.

16

17        Before the court is Defendants' request for approval of substitution of counsel.  ECF No.

18   28.  Although both current and prospective counsel have signed the request, a request for

19   substitution of counsel must "be signed by the withdrawing attorney, the new attorney, **and** the

20   client."  L.R. 182(g) (emphasis added).

21        Accordingly, IT IS HEREBY ORDERED that Defendants' request for substitution of

22   counsel, ECF No. 28, is DENIED without prejudice to a request that includes all necessary

23   signatures.

24   DATED: October 25, 2021

25                                    _____

                                     ALLISON CLAIRE
26                                    UNITED STATES MAGISTRATE JUDGE

27

28