AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Eastern__ District of __California__

Colton James Rood

Plaintiff (s),

V.

Lockwood, et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:19-cv-01806KJM-AC

Notice is hereby given that, subject to approval by the court, __Deputy Clark, Deputy Lockwood and Deputy R. Van Gerwen__ (Party (s) Name) substitutes __Mildred K. O'Linn__ (Name of New Attorney), State Bar No. __159055__ as counsel of record in place of __Gary Brickwood__ (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Manning & Kass Ellrod Ramirez Trester LLP
Address: 801 S. Figueroa St., 15th Flr. Los Angeles, CA 90017
Telephone: (213) 624-6900    Facsimile: (213) 624-6999
E-Mail (Optional): mko@manningllp.com

I consent to the above substitution.
Date: 10/24/2021

*(Signature)* Assistant County Counsel, Shasta County
(Signature of Party (s))

I consent to being substituted.
Date: 11/1/2021

*(Signature)*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10/28/2021

*(Signature)* Mildred K. O'Linn
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: November 5, 2021

*(Signature)*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 S. Figueroa St, 15th Floor, Los Angeles, CA 90017-3012.

On November 2, 2021, I served true copies of the following document(s) described as **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** on the interested parties in this action as follows:

Colton James Rood
AL-3577
High Desert State Prison (3030)
P.O. Box 3030
Susanville, CA 96127-3030

In Pro Per

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Manning & Kass, Ellrod, Ramirez, Trester LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 2, 2021, at Los Angeles, California.

_____
Delia Flores