1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                             EASTERN DISTRICT OF CALIFORNIA

10

11    Colton Rood,                                No. 2:19-cv-01806-KJM-AC

12                      Plaintiff,

13          v.

14    Shasta Sheriff Deputy Lockwood, et. al.,

15                      Defendants.

16    _____

17    Colton Rood,                                No. 2:20-CV-00271-WBS-CKD

18                      Plaintiff,

19          v.                                     **RELATED CASE ORDER**

20    Isaac Lockwood,

21                      Defendant.

22

23

24          Examination of the above-captioned actions reveals that they are related within the

25    meaning of Local Rule 123(a).  Here, "both actions involve similar questions of fact and the same

26    question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a

27    substantial savings of judicial effort." Local Rule 123(a)(3).  Accordingly, the assignment of

28

                                                   1

1  these matters to the same judge is likely to effect a substantial savings of judicial effort and is

2  likely to be convenient for the parties.

3        The parties should be aware that relating cases under Rule 123 causes the actions

4  to be assigned to the same judge – it does not consolidate the actions.  Under Rule 123, related

5  cases are generally assigned to the judge and magistrate judge to whom the first filed action was

6  assigned.

7        As a result, it is hereby ORDERED that CIV S-2:20-CV-00271-WBS-CKD is

8  reassigned from Judge William B. Shubb to the undersigned and from Magistrate Judge Carolyn

9  K. Delaney to Magistrate Judge Allison Claire.  Henceforth, the caption on documents filed in the

10  reassigned case shall be shown as: CIV 2:20-CV-00271 KJM AC.

11        It is further ORDERED that the Clerk of the Court make appropriate adjustment in

12  the assignment of civil cases to compensate for this reassignment.

13        IT IS SO ORDERED.

14  DATED:  January 26, 2022.

15

16  _____

17  CHIEF UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28