UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD,<br><br>   Plaintiff,<br><br>   v.<br><br>LOCKWOOD, et al.,<br><br>   Defendants. | No. 2:19-cv-1806 KJM AC P<br><br><br>ORDER |

On January 28, 2022, defendants filed motions to compel discovery responses from plaintiff on the ground that plaintiff had failed to provide any responses. ECF Nos. 42, 43. They have now filed replies in which they state that they have since received responses from plaintiff, and while they maintain the responses are untimely and deficient, they request to withdraw the currently filed motions. ECF Nos. 45, 46.

Accordingly, IT IS HEREBY ORDERED that defendants' requests to withdraw their motions to compel (ECF Nos. 45, 46) are GRANTED and the motions to compel (ECF Nos. 42, 43) are deemed WITHDRAWN.

DATED: February 17, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1