# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| COLTON ROOD,<br><br>    Plaintiff,<br><br>v.<br><br>SHASTA SHERIFF DEPUTY LOCKWOOD, SHASTA SHERIFF DEPUTY CLARK, SHASTA SHERIFF DEPUTY R. VAN GERWEN, SHASTA COUNTY JAIL HIRING AUTHORITY,<br><br>    Defendant. | Case No. 2:19-cv-1806 KJM AC P<br>District Judge Kimberly J. Mueller;<br>Magistrate Judge, Allison Claire<br><br>[PROPOSED] ORDER RE DEFENDANTS' MOTION TO CONTINUE CASE MANAGEMENT DEADLINES<br><br>Filed Date:    09/11/19<br>Trial Date:    N/A |

Pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Eastern District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefore, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that:

**1.** Defendants' Motion to Continue the Case Management Deadlines is granted.

**2.** The Court hereby orders that the operative scheduling order deadlines

[*see* Doc. 27, 36] are continued as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Last Day to Service Written Discovery | February 14, 2022 | February 14, 2022 (No change) |
| Discovery Cut-Off (including filing of all motions to compel) | April 15, 2022 | June 27, 2022 |
| Pre-Trial Motion Filing Deadline (except motions to compel) | July 8, 2022 | September 20, 2022 |

   **3.**   Except as specified herein above, all other dates and deadlines operative as of the Court's prior scheduling orders [*e.g.* Doc. 27, 36] shall remain unchanged.

   **IT IS SO ORDERED.**

DATED: April 7, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE