UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOCKWOOD, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-1806 KJM AC P<br><br><br><br>ORDER |

　　　Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Defendants have filed a motion for terminating sanctions (ECF No. 62) and a motion to extend the discovery and scheduling order deadlines in light of the pending motion for sanctions (ECF No. 63).

　　　Good cause appearing, IT IS HEREBY ORDERED that

　　　1. Defendants' motion to modify the discovery and scheduling order (ECF No. 63) is GRANTED.

　　　2. The deadlines for completing discovery and for filing pretrial motions (ECF No. 55) are VACATED and will be re-set, as necessary, upon resolution of the pending motion for terminating sanctions.

DATED: August 18, 2022

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE