UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD,<br><br>    Plaintiff,<br><br>    v.<br><br>LOCKWOOD, et al.,<br><br>    Defendants. | No. 2:19-cv-1806 KJM AC P<br><br><br>ORDER |

　　Plaintiff filed a motion for extension of time to file an opposition to defendants' motion to dismiss.  Good cause appearing, IT IS HEREBY ORDERED that:

　　1. Plaintiff's motion for an extension of time (ECF No. 65) is granted; and

　　2. Plaintiff is granted thirty days from the service of this order in which to file an opposition to defendants' motion to dismiss.

DATED: September 19, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1