UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD, | No. 2:19-cv-1806 KJM AC P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| LOCKWOOD, et al., | |
| Defendants. | |

      Plaintiff is a former county and current state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

      By order filed August 19, 2022, the deadlines for completing discovery and for filing pretrial motions were vacated pending resolution of defendants' motion for terminating sanctions. ECF No. 64.  The motion for terminating sanctions was denied and deadlines were set for the completion of all outstanding discovery, including the filing of any necessary motions for sanctions.  ECF Nos. 70, 75.  Discovery has now closed, and no further discovery motions have been filed.

      Accordingly, IT IS HEREBY ORDERED that the parties shall have until September 29, 2023, to file any dispositive motions.

DATED: July 20, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE