# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD,<br>   Plaintiff,<br> v.<br>LOCKWOOD, et al.,<br>   Defendants.<br>_____<br>COLTON JAMES ROOD,<br>   Plaintiff,<br> v.<br>LOCKWOOD, et al.,<br>   Defendants. | No. 2:19-cv-1806 KJM AC P<br><br>**ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>No. 2:20-cv-0271 KJM AC P |

  Colton James Rood, #17227, a necessary and material participant in a settlement conference in these cases on May 22, 2025, is confined in the Shasta County Jail, in the custody of the Sheriff. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Chief Magistrate Judge Carolyn K. Delaney, by Zoom video conference from his place of confinement, on May 22, 2025, at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sheriff to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Shasta County Jail at (530) 245-6054.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Lisa Kennison, Courtroom Deputy, at lkennison@caed.uscourts.gov.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Sheriff, Shasta County Sheriff's Office, 300 Park Marina Circle, Redding, CA 96001:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Delaney at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate.

DATED: April 25, 2025

                         ALLISON CLAIRE
                         UNITED STATES MAGISTRATE JUDGE