UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD, | No. 2:19-cv-1806 KJM AC P |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| LOCKWOOD, et al., | |
| Defendants. | |

Plaintiff is a former prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. After an unsuccessful settlement conference, the court set a further schedule for this case that included a November 26, 2025 deadline for plaintiff to file a pretrial statement. ECF No. 128. Plaintiff was cautioned that failure to file a pretrial statement could result in the imposition of sanctions, including dismissal of this action. Id. at 5. The deadline for plaintiff to file his pretrial statement has now passed and plaintiff has not filed his statement or sought an extension of time for doing so.

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-one days of the service of this order plaintiff must SHOW CAUSE in writing why this action should not be dismissed for failure file a pretrial statement. Any such response must be accompanied by a pretrial statement. Failure to respond will result in a recommendation that this action be dismissed for failure to prosecute.

1

2. Defendants' December 10, 2025 deadline to file their pretrial statement and the December 17, 2025 pretrial conference on the papers are VACATED and will be reset if necessary.

DATED: December 8, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE