UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD,<br>Plaintiff,<br>v.<br>LOCKWOOD, et al.,<br>Defendants. | No. 2:19-cv-1806 DAD AC PC<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding in this action in pro se. This case was filed nearly seven years ago, on September 11, 2019. ECF No. 1. After an unsuccessful settlement conference, the court set a further schedule for this case that included a November 26, 2025, deadline for plaintiff to file a pretrial statement. ECF No. 128. Plaintiff was cautioned that failure to file a pretrial statement could result in the imposition of sanctions, including dismissal of this action. Id. at 5. The deadline for plaintiff to file his pretrial statement passed and plaintiff did not file his statement or seek an extension of time for doing so.

On December 8, 2025, the court issued an Order to Show Cause why this case should not be dismissed for failure to prosecute, instructing plaintiff that his response must include a pretrial statement. ECF No. 133 at 1. Plaintiff was specifically cautioned that failure to submit the pretrial statement would result in a recommendation of dismissal for failure to prosecute. Id. Plaintiff submitted a response that was not responsive to the court's order and did not include a

pretrial statement. ECF No. 134 at 1. In light of plaintiff's continuing pattern of noncompliance with court orders, the undersigned concludes that this case must be dismissed for failure to prosecute.

In recommending this action be dismissed for failure to prosecute, the court has considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic alternatives." Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted). Because this case cannot move forward without plaintiff's active and appropriate participation, the court finds the factors weigh in favor of dismissal. Therefore, IT IS HEREBY RECOMMENDED that this action be dismissed, without prejudice, for lack of prosecution and for failure to comply with the court's order. See Fed. R. Civ. P. 41(b); Local Rule 110.

These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one (21) days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Local Rule 304(d). Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: August 12, 2026

Allison Claire

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE